UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| G. THOMAS WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV1741RWS |
| | ) | |
| CITY OF MOLINE ACRES, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Plaintiff G. Thomas Walker, the former Chief of Police of Moline Acres, filed this lawsuit for wrongful termination against Defendants City of Moline Acres, Fred Hodges, Michele DeShay, and Ira Rice. Hodges was the Mayor of Moline Acres at the time of the incidents involved in this lawsuit, but he no longer holds that posiltion. DeShay is a former Alderwoman and is the current Mayor of Moline Acres. Rice was Alderman at the time of the incidents involved in this lawsuit. Victoria Reddic and Jennifer Erby are now Alderwomen for the City of Moline Acres and have now been added as defendants.

Until February 26, 2009, Talmage E. Newton IV and James E. Godfrey, Jr. represented all defendants. Hodges, however, is now represented by Jessica Liss and Jessica Brasel. Walker now moves to disqualify Newton and Godfrey as counsel for defendants due to a perceived conflict of interest. I have completed an <u>in camara</u> review of documents concerning Newton and Godfrey's representation of the City of Moline Acres and the individually named city officials. I find no conflict of interest that would require disqualification of Newton and Godfrey at this time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to disqualify [#56] is **DENIED**.

Dated this 6th day of May, 2009.

                                        RODNEY W. SIPPEL
                                        UNITED STATES DISTRICT JUDGE