IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| G. THOMAS WALKER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:07cv1741 RWS |
| | ) | |
| CITY OF MOLINE ACRES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Stipulation for Dismissal

In accordance with Federal Rule of Civil Procedure 41(a), it is hereby stipulated and agreed by and between plaintiff and defendants that plaintiff's complaint and all counts thereof and all of plaintiff's claims and causes of action against defendants City of Moline Acres, and Fred Hodges, Jr., Michele DeShay, Ira Rice, Victoria Reddic, and Jennifer Erby in both their individual and official capacities herein be and the same are hereby dismissed with prejudice. Each party shall bear their own costs.

Respectfully submitted,

**PLEBAN & ASSOCIATES, LLC**

by:        /s/ Lynette M. Petruska
C. John Pleban, #4066
Lynette M. Petruska, #15880
2010 S. Big Bend Blvd.
St. Louis, MO 63117
314-645-6666
FAX: 314-645-7376

Attorneys for Plaintiff

**EVANS & DIXON, LLC**


by:  _____/s/ Talmage E. Newton, IV (w/permission)_____
James E. Godfrey, #23229
Talmage E. Newton, IV, #510903
515 Olive Street, 11th Floor
St. Louis, MO 63101-1836
314-621-7755
FAX: 314-621-3136

Attorneys for all Defendants except Fred Hodges

**RABBITT, PITZER & SNODGRASS, P.C.**


by:  _____/s/ Jessica L. Liss (with permission)_____
Jessica L. Liss, #93685
Jessica A. Brasel, #509710
100 S. Fourth St., Suite 400
St. Louis, MO 63102
314-421-5545
FAX: 314-421-3144

Attorneys for Defendant Fred Hodges